BROOKLYN TRUST COMPANY, as Trustee of a Trust Created for the Benefit of ROSE HOWE SALMON KROM by Agreement Made by ROSE HOWE, Bearing Date the 18th Day of September, 1890, Respondent, v. VERNON H. SALMON, Respondent, ROBERT W. DWYER, as Administrator of the Estate of GEORGE K. DWYER, Deceased, Appellant, and Others, Defendants.— In an action in equity brought by the trustee of a trust of real and personal property created by the settlor thereof by agreement in writing, judgment settling the account of the proceedings of the trustee, construing paragraph " Third " of the trust agreement, directing the payment of the balance of the corpus of the trust fund and certain unexpended income thereof to Vernon H. Salmon, and granting other relief, in so far as appealed from, unanimously affirmed, with costs, payable by the appellant personally. No opinion. Appeal from decision dismissed, without costs, as no appeal lies therefrom. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ROSE PASTORE, Respondent, v. JOHN CIASULLI, Appellant.— In a paternity proceeding brought in the Court of Special Sessions of the City of New York, Borough of Brooklyn, an order of filiation was entered on March 11, 1941. Thereafter an order was entered denying defendant's motion for a new trial on the grounds of perjury, allegedly committed on the trial, and newly-discovered evidence. From each of such orders defendant appeals. Orders unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.